```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   24CV3853 (DLC)
NEIL ZLOZOWER,                           :
                                         :      ORDER OF
                    Plaintiff,           :    DISCONTINUANCE
                                         :
         -v-                             :
                                         :
TOWNSQUARE MEDIA, INC.,                  :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by October 25, 2024. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:   New York, New York
         September 25, 2024

_____
            DENISE COTE
   United States District Judge