

333 EARLE OVINGTON BLVD, STE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

October 23, 2024

**VIA ECF**

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     <u>Zlozower v. Townsquare Media, Inc.</u>, 1:24-cv-03853-DLC

Dear Judge Cote:

    We represent Plaintiff Neil Zlozower in the above-captioned case. We write pursuant to Section 1.E of the Court's Individual Practices to respectfully request a 30-day extension of time for the parties to file a Stipulation of Dismissal.

1) Original Due Date is October 25, 2024

2) There have been no previous requests for an extension of this deadline

3) No previous requests were granted

4) Defendant Townsquare Media, Inc. consents to the request

5) No other dates are impacted by this request. Despite best efforts, the parties were not able to consummate their settlement transaction before the original deadline.

Granted. There shall be no further extension.

October 24, 2024

/s/ Denise Cote

Respectfully Submitted,

**s/jameshfreeman/**
James H. Freeman

*Counsel for Plaintiff*